IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01119-MEH

KARRAH JOHNSON,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., a New York corporation conducting business in Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 17, 2014.**

    In light of the Court's Order denying Defendant's Motion to Dismiss (docket #34), Defendant's Opposed Motion to Stay Discovery Pending Disposition of its Motion to Dismiss [filed October 1, 2014; docket #31] is **denied as moot**.