IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01119-MEH

KARRAH JOHNSON,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., a New York corporation conducting business in Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2014.**

    The Joint Motion for Entry of Stipulated Protective Order [filed November 3, 2014; docket #37] is **denied without prejudice** and the proposed order is refused. The Court will not retain jurisdiction over this action after termination of the case [*see* docket #37-1, ¶13]. Accordingly, the parties may re-file the motion and a revised proposed order, and must submit a copy of the proposed order, in either Word or WordPerfect format, to Chambers by email at hegarty_chambers@cod.uscourts.gov.