IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01119-MEH

KARRAH JOHNSON,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., a New York corporation conducting business in Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2014.**

    For good cause shown, Defendant's Unopposed Motion for Entry of Amended Protective Order [filed November 5, 2014; docket #39] is **granted**.  The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.