IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01119-MEH

KARRAH JOHNSON,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., a New York corporation conducting business in Colorado,

    Defendant.

## ORDER RE: NOTICE OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Joint Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #43]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 6th day of January, 2015.

                                          BY THE COURT:

                                          *Michael E. Hegarty*

                                          Michael E. Hegarty
                                          United States Magistrate Judge